133 A.3d 292

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Respondent

v.

CITY OF PHILADELPHIA and Philadelphia Commission on Human Relations, Petitioners.

Supreme Court of Pennsylvania.

March 15, 2016.

## ORDER

PER CURIAM.

AND NOW, this 15th day of March, 2016, the Petition for Allowance of Appeal is GRANTED. The issue, as stated by Petitioner, is:

Did the General Assembly, when it gave Philadelphia general police powers as expansive as [those] of the General Assembly and specific authority to enact local anti-discrimination laws, intend to exempt SEPTA from compliance with those laws, when the consequence of *compliance* would not materially disrupt SEPTA's core transportation function and the consequence of *non-compliance* would leave hundreds of thousands of Philadelphia passengers and employees without a remedy against many forms of discrimination?

Justice EAKIN did not participate in the consideration or decision of this matter.